UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARTHUR MATTHEWS,

    Plaintiff,

v.

CITY OF DETROIT, in their official capacity, and DOES 1-10, in their individual and official capacities,

    Defendants.
_____/

Case No.  4:23-cv-11416
District Judge F. Kay Behm
Magistrate Judge Kimberly G. Altman

# ORDER GRANTING DEFENDANT'S MOTION TO COMPEL (ECF No. 33) AND CANCELING SETTLEMENT CONFERENCE

This is a disability discrimination case under the Americans with Disabilities Act (ADA).  Plaintiff Arthur Matthews (Matthews) is suing the City of Detroit (the City) in their official capacity and Does 1-10 (Does) in their individual and official capacities for disability discrimination and retaliation that allegedly occurred while Matthews was employed as a police officer in the Detroit Police Department. (ECF No. 12).  Under 28 U.S.C. §636(b)(1), discovery matters have been referred to the undersigned.  (ECF No. 22).  Under the current scheduling order, fact discovery closed on August 12, 2024, and dispositive motions are due by December 12, 2024.  (ECF No. 20).

Before the Court is the City's motion to compel discovery and for costs. (ECF No. 33). The motion was filed on August 9, 2024, before the close of discovery. (ECF No. 33). Matthews filed a response, and the City filed a reply. (ECF Nos. 34, 36). On August 21, 2024, the Court held a telephone conference with the parties regarding the City's motion. (ECF No. 35). For the reasons discussed during the phone conference, the City's motion to compel is GRANTED, and the City's request for costs is DENIED.

Matthews shall respond to the City's discovery requests, including the request for interrogatories and the production of documents, within 10 days of this order.[1] In addition, the parties shall, within 10 days, agree on a date for Matthews' deposition.

Finally, for the reasons discussed at the phone conference, the settlement conference scheduled for September 4, 2024 is canceled. (ECF No. 27). It may be rescheduled at a later date should the district court refer it and/or the parties agree to participate in a settlement conference.

    SO ORDERED.

Dated: August 22, 2024　　　　　　　　　　s/Kimberly G. Altman  
Detroit, Michigan　　　　　　　　　　　　　KIMBERLY G. ALTMAN  
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] Counsel for the City indicated during the phone conference that although Matthews did respond to the initial request for interrogatories and production of documents, the responses were insufficient.

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 22, 2024.

                                            s/Julie Owens
                                            JULIE OWENS
                                            Case Manager