UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ARTHUR MATTHEWS, | Case No. 23-11416 |
| | Hon. F. Kay Behm |
| Plaintiff, | United States District Judge |
| v. | |
| | Hon. Kimberly G. Altman |
| CITY OF DETROIT, *et al.*, | United States Magistrate Judge |
| Defendants. | |
| _____ / | |

## ORDER FOR SUPPLEMENTAL BRIEFING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF No. 40)

The parties shall have 21 days from entry of this order to submit a supplemental brief, no longer than seven pages in total, addressing the following issues:

1) whether any positions taken by the parties in their briefings on the motion for summary judgment fall within the scope of the U.S. Supreme Court's decision in *Stanley v. City of Sanford*, No. 23–997, 606 U. S. ____ (2025), and;

2) if so, how *Stanley* applies to the facts and argument advanced in the motion and briefings.

**SO ORDERED**.

Date: June 23, 2025        s/F. Kay Behm
                           F. Kay Behm
                           United States District Judge

1